OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS
P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711

OFFICIAL BUSINESS
STATE OF TEXAS
PENALTY FOR
PRIVATE USE

RETURN TO SENDER
INMATE RELEASED
NAME AND SID NUMBER
NOT MATCH
ITEMS NOT ALLOWED IN THIS FACILITY

$ 00.26⁵
PITNEY BOWES
02 1R
0006557458
APR 06 2015
MAILED FROM ZIP CODE 78701

3/26/2015
NEW, EDWIN CHARLES AKA NEW, EDWINA CHARMAINE
2012CR0691-W3
WR-23,343-14

Tr. Ct. No.

On this day, the application for 11.07 Writ of Habeas Corpus has been received
and presented to the Court.

Abel Acosta, Clerk

EDWIN CHARLES NEW
AKA NEW, EDWINA C
BEXAR COUNTY ADULT - TDC# 30972   U TF
200 N. COMAL
SAN ANTONIO, TX  78207

N3B  78207